UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| RICKY D. HENDERSON | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:16CV67-RHW |
| CAROLYN W. COLVIN<br>Commissioner of Social Security | DEFENDANT |

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.  For the reasons stated in the Memorandum Opinion and Order entered on this day, the Court finds that decision of the Commissioner should be affirmed.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed with prejudice.

SO ORDERED, this the 3rd day of February, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE